1  JULIA A. OLSON (CA Bar 192642)
   julia@ourchildrenstrust.org
2  ANDREA K. RODGERS (applicant *pro hac vice*)
3  andrea@ourchildrenstrust.org
4  CATHERINE SMITH, Of Counsel (applicant *pro hac vice*)
   csmith@law.du.edu
5  **OUR CHILDREN'S TRUST**
6  1216 Lincoln St.
   Eugene, OR 97401
7  Tel: (415) 786-4825

*Attorneys for Plaintiffs*
*(Additional Counsel Listed on Next Page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENESIS B.**, a minor, by and through her Guardian, G.P.; et al.<br><br>**Plaintiffs,**<br><br>vs.<br><br>**The UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**; et al.<br><br>**Defendants.** | **Case No.: 2:23-CV-10345**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

1  PHILIP L. GREGORY (CA Bar 95217)
   pgregory@gregorylawgroup.com
2  **GREGORY LAW GROUP**
3  1250 Godetia Drive
   Redwood City, CA 94062
4  Tel: (650) 278-2957

5
   PAUL L. HOFFMAN (CA Bar 71244)
6  hoffpaul@aol.com
7  **UNIVERSITY OF CALIFORNIA AT IRVINE SCHOOL OF LAW**
8  **Civil Rights Litigation Clinic**
9  401 E. Peltason Drive, Suite 1000
   Irvine, CA 92697
10 Tel: (310) 717-7373

11
   JOHN WASHINGTON (CA Bar 315991)
12 jwashington@sshhzlaw.com
13 **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
14 200 Pier Avenue #226
   Hermosa Beach, CA 90254
15 Tel: (424) 424-0166

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Plaintiffs, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

No parties.

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Our Children's Trust states that it does not have a parent corporation and that no publicly-held corporations hold 10% or more of its stock.

DATED this 10th day of December, 2024.

Respectfully submitted,

*s/ Julia A. Olson*
JULIA A. OLSON

*Attorneys for Plaintiffs*

---

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**