JULIA A. OLSON (CA Bar 192642)
julia@ourchildrenstrust.org
ANDREA K. RODGERS (applicant *pro hac vice*)
andrea@ourchildrenstrust.org
CATHERINE SMITH, Of Counsel (applicant *pro hac vice*)
csmith@law.du.edu
**OUR CHILDREN'S TRUST**
1216 Lincoln St.
Eugene, OR 97401
Tel: (415) 786-4825

*Attorneys for Plaintiffs*
*(Additional Counsel Listed on Next Page)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENESIS B.**, a minor, by and through her Guardian, G.P.; et al.<br><br>**Plaintiffs,**<br><br>vs.<br><br>**The UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**; et al.<br><br>**Defendants.** | **Case No.: 2:23-CV-10345**<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br>**(L.R. 83-1.4)** |

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

PHILIP L. GREGORY (CA Bar 95217)
pgregory@gregorylawgroup.com
**GREGORY LAW GROUP**
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

PAUL L. HOFFMAN (CA Bar 71244)
hoffpaul@aol.com
**UNIVERSITY OF CALIFORNIA AT IRVINE SCHOOL OF LAW**
**Civil Rights Litigation Clinic**
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697
Tel: (310) 717-7373

JOHN WASHINGTON (CA Bar 315991)
jwashington@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue #226
Hermosa Beach, CA 90254
Tel: (424) 424-0166

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

**TO THE COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule L.R. 83-1.4, Plaintiffs give notice that a similar action is pending against Defendant Environmental Protection Agency ("EPA") and Michael Regan, in his official capacity as Administrator of the EPA, among other defendants,[1] in a case filed by twenty-one young plaintiffs,[2] in the United States District Court for the District of

---

[1] The defendants in the *Juliana* action are: The UNITED STATES OF AMERICA; The OFFICE OF THE PRESIDENT OF THE UNITED STATES; BRENDA MALLORY, in her official capacity as Director of Council on Environmental Quality; SHALANDA YOUNG, in her official capacity as Director of the Office of Management and Budget; ARATI PRABHAKAR, in her official capacity as Director of the Office of Science and Technology Policy; The UNITED STATES DEPARTMENT OF ENERGY; JENNIFER GRANHOLM, in her official capacity as Secretary of Energy; The UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of Interior; The UNITED STATES DEPARTMENT OF TRANSPORTATION; PETE BUTTIGIEG, in his official capacity as Secretary of Transportation; The UNITED STATES DEPARTMENT OF AGRICULTURE; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; The UNITED STATES DEPARTMENT OF COMMERCE; GINA RAIMONDO, in her official capacity as Secretary of Commerce; The UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; The UNITED STATES DEPARTMENT OF STATE; ANTONY BLINKEN, in his official capacity as Secretary of State; The UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, in his official capacity as Administrator of the EPA.

[2] The plaintiffs in the *Juliana* action are: KELSEY CASCADIA ROSE JULIANA; XIUHTEZCATL TONATIUH M., through his Guardian Tamara Roske-Martinez; ALEXANDER LOZNAK; JACOB LEBEL; ZEALAND B., through his Guardian Kimberly Pash-Bell; AVERY M., through her Guardian Holly McRae; SAHARA V., through her Guardian Toña Aguilar; KIRAN ISAAC OOMMEN; TIA MARIE HATTON; ISAAC V., through his Guardian Pamela Vergun; MIKO V., through her Guardian Pamela Vergun; HAZEL V., through her Guardian Margo Van Ummersen; SOPHIE K., through her Guardian Dr. James Hansen; JAIME B., through her Guardian Jamescita Peshlakai; JOURNEY Z., through his Guardian Erika Schneider; VIC B., through his Guardian Daisy Calderon; NATHANIEL B., through

Oregon, captioned as *Juliana, et al. v. United States, et al.* (Case No. 6:15-cv-01517-AA). The plaintiffs in the *Juliana* action are represented by some of the same attorneys that represent Plaintiffs in the instant action.

In 2015, the plaintiffs in the *Juliana* action brought claims under the U.S. Constitution arising from the government's contribution to climate change against 12 federal departments, offices, and agencies, including the EPA. The plaintiffs in the *Juliana* action filed a Second Amended Complaint on June 8, 2023, alleging the defendants' systemic affirmative ongoing conduct, persisting over decades, in creating, controlling, and perpetuating a national fossil fuel-based energy system, despite long-standing knowledge of the resulting destruction to our Nation and profound harm to the plaintiffs, violates the plaintiffs' Fifth Amendment constitutional due process rights. Specifically, the plaintiffs in the *Juliana* action allege the defendants' conduct violates their substantive due process rights to life, liberty, and property, to dignity, to personal security, to a stable climate system capable of sustaining human lives and liberties, as well as other previously recognized unenumerated liberty interests, and has placed the plaintiffs in a position of danger with deliberate indifference to their safety under the state-created danger doctrine. The *Juliana* case arises in part from affirmative conduct by the EPA since 1970 to allow climate pollution (greenhouse gas emissions) at levels that the EPA knew would harm children's health and safety. Further, the plaintiffs in the *Juliana* action had previously alleged the defendants' conduct violated their rights as children to equal protection by discriminating against them with respect to their fundamental rights and as members of a quasi-suspect class, although this claim was

---

his Guardian Sharon Baring; AJI P., through his Guardian Helaina Piper; LEVI D., through his Guardian Leigh-Ann Draheim; JAYDEN F., through her Guardian Cherri Foytlin; NICHOLAS V., through his Guardian Marie Venner; and FUTURE GENERATIONS, through their Guardian Dr. James Hansen.

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

later dismissed by the district court. Finally, the plaintiffs in the *Juliana* action allege the defendants' conduct violates their rights as beneficiaries to public trust resources under federal control and management.

In conformity with constitutional cases, the *Juliana* Second Amended Complaint requests relief pursuant to the Declaratory Judgment Act. 28 U.S.C. § 2201-2202, requesting the Court:

1. Pursuant to 28 U.S.C. § 2201 and this Court's Article III authority, enter a judgment declaring the United States' national energy system that creates the harmful conditions described herein has violated and continues to violate the Fifth Amendment of the U.S. Constitution and Plaintiffs' constitutional rights to substantive due process and equal protection of the law;

2. Pursuant to 28 U.S.C. § 2201 and this Court's Article III authority, enter a judgment declaring the United States' national energy system that creates the harmful conditions described herein has violated and continues to violate the public trust doctrine;

3. Pursuant to 28 U.S.C. § 2201 and this Court's Article III authority, enter a judgment declaring that § 201 of the Energy Policy Act has violated and continues to violate the Fifth Amendment of the U.S. Constitution and Plaintiffs' constitutional rights to substantive due process and equal protection of the law.

The *Juliana* plaintiffs request, only after issuing declaratory judgment and pursuant to 28 U.S.C. § 2202, that the Court issue an appropriate injunction or other further relief the Court deems necessary and proper.

DATED this 10th day of December, 2024.

3
**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

Respectfully submitted,

*s/ Julia A. Olson*
JULIA A. OLSON

*Attorneys for Plaintiffs*