AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

GENESIS B., a minor, by and through her Guardian, G.P.; et al.
For additional plaintiffs, see Attachment 1.

*Plaintiff(s)*

v.

The UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; et al.
For additional defendants, see Attachment 1.

*Defendant(s)*

Civil Action No. 2:23-CV-10345 -MWF (AGRx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Additional defendants to be served listed on Attachment 2.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia Olson, Andrea Rodgers, Catherine Smith
Our Children's Trust, 1216 Lincoln St., Eugene, OR 97401

For additional counsel, see Attachment 3.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: 12/12/2023

*Signature of Clerk or Deputy Clerk*

**SUMMONS IN A CIVIL ACTION**

*Genesis B. et al. v. United States Environmental Protection Agency et al.*
*Attachment 1*

**GENESIS B.**, a minor, by and through her Guardian G.P.; **MAYA W.**, a minor, by and through her Guardian R.W.; **MARYAM A.**, a minor, by and through her Guardian M.T.; **ZUBAYR M.**, a minor, by and through his Guardian S.W.; **MUAAWIYAH M.**, a minor, by and through his Guardian S.W.; **DANI R.**, a minor, by and through her Guardian A.P.; **MAYA R.**, a minor, by and through their Guardian M.R.; **MARYAM M.**, a minor, by and through her Guardian S.A.; **NOAH C.**, a minor, by and through their Guardian N.M.; **IONE W.**, a minor, by and through her Guardian C.W.; **AVROH S.**, a minor, by and through his Guardian P.S.; **ARIELA L.**, a minor, by and through her Guardian E.L.; **HUCK A.**, a minor, by and through his Guardian R.A.; **NEELA R.**, a minor, by and through their Guardian S.R.; **EMMA W.**, a minor, by and through her Guardian S.W.; **ARISHKA J.**, a minor, by and through her Guardian A.J.; **LALI H.**, a minor, by and through her Guardian R.H.; **DEAN S.**, a minor, by and through his Guardian R.K.;

    **Plaintiffs,**

    vs.

The **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**; The **UNITED STATES of AMERICA**; **MICHAEL S. REGAN**, in his official capacity as Administrator of the Environmental Protection Agency.

    **Defendants.**

**SUMMONS IN A CIVIL ACTION**

*Genesis B. et al. v. United States Environmental Protection Agency et al.*
Attachment 2

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

E. Martin Estrada
U.S. Attorney for the Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, CA 90012

SUMMONS IN A CIVIL ACTION

*Genesis B. et al. v. United States Environmental Protection Agency et al.*
Attachment 3

JULIA A. OLSON (CA Bar 192642)
julia@ourchildrenstrust.org
ANDREA K. RODGERS (applicant *pro hac vice*)
andrea@ourchildrenstrust.org
CATHERINE SMITH, Of Counsel (applicant *pro hac vice*)
csmith@law.du.edu
**OUR CHILDREN'S TRUST**
1216 Lincoln St.
Eugene, OR 97401
Tel: (415) 786-4825

PHILIP L. GREGORY (CA Bar 95217)
pgregory@gregorylawgroup.com
**GREGORY LAW GROUP**
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

PAUL L. HOFFMAN (CA Bar 71244)
hoffpaul@aol.com
**UNIVERSITY OF CALIFORNIA AT IRVINE SCHOOL OF LAW**
**Civil Rights Litigation Clinic**
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697
Tel: (310) 717-7373

JOHN WASHINGTON (CA Bar 315991)
jwashington@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue #226
Hermosa Beach, CA 90254
Tel: (424) 424-0166

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-10345 -MWF (AGRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: