# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. B. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23–cv–10345–MWF–AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____         ____        ____

Date Filed        Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears a guardian ad litem is named in this case but no Petition seeking such appointment has been filed. A Petition for the Appointment of a Guardian Ad Litem must be filed when the appointment of a guardian ad litem is required by Fed. R. Civ. P. 17(c)(2). See Local Rule 17–1. Counsel must file a Petition for the Appointment of a Guardian Ad Litem immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

Clerk, U.S. District Court

Dated: December 12, 2023          By: /s/ *Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov*
                                     Deputy Clerk