Name and address:

Julia Olson, Andrea Rodgers, Catherine Smith, Our Children's Trust, 1216 Lincoln St., Eugene, OR 97401
Philip Gregory, Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062
Paul L. Hoffman, UC Irvine, School of Law, Civil Rights Litigation Clinic, 401 E. Peltason Drive, Suite 1000, Irvine, CA 92697
John Washington, Schonbrun Seplow Harris Hoffman & Zeldes LLP, 200 Pier Avenue #226, Hermosa Beach, CA 90254

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Genesis B.; et al.<br><br>Plaintiff(s),<br><br>v.<br><br>The United States Environmental Protection Agency; et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:23-CV-10345<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Rodgers, Andrea K.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                    check here if federal government attorney ☐

Our Children's Trust
*Firm/Agency Name*

1216 Lincoln Street                              (541) 375-0158
                                                 *Telephone Number*            *Fax Number*

*Street Address*

Eugene, OR 97401                                 andrea@ourchildrenstrust.org
*City, State, Zip Code*                          *E-mail Address*

**I have been retained to represent the following parties:**

Genesis B.; et al.                               ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
_____                  ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of Washington | 4/25/2007 | Yes |
| State of Oregon | 4/21/2004 | Yes |
| U.S. Supreme Court | 1/22/2019 | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated December 7, 2023

Andrea K. Rodgers
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Hoffman, Paul L.
*Designee's Name (Last Name, First Name & Middle Initial)*

University of California at Irvine, School of Law, Civil Rights Litigation Clinic
*Firm/Agency Name*

401 E. Peltason Drive, Suite 1000
*Street Address*

Irvine, California 92697
*City, State, Zip Code*

(310) 717-7373
*Telephone Number*            *Fax Number*

hoffpaul@aol.com
*Email Address*

71244
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   12/8/23

Paul L. Hoffman
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

9th Circuit Court of Appeals - 12/29/2004
District of Oregon - 6/15/2004
W.D. Washington - 5/18/2010
E.D. Washington - 12/16/2010

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) | BAR NO. 38683 |
| OF | ) ) | **CERTIFICATE** |
| ANDREA KATHRYN RODGERS | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) ) | **GOOD STANDING** |

_____

     I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**ANDREA KATHRYN RODGERS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on April 25, 2007, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 21st day of November, 2023.

*Sarah Pendleton*

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

ANDREA K. RODGERS

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 21st day of April, 2004

ANDREA K. RODGERS

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

November 21, 2023.

NANCY COZINE
State Court Administrator

Authorized Representative

