Julia Olson, Andrea Rodgers, Catherine Smith, Our Children's Trust, 1216 Lincoln St., Eugene, OR 97401; Philip Gregory, Gregory Law Group, 1250 Godetia Drive, Redwood City, CA 94062; Paul Hoffman, UC Irvine Law, Civil Rights Litig. Clinic, 401 E. Peltason Drive #1000, Irvine, CA 92697; John Washington, Schonbrun Seplow Harris Hoffman & Zeldes LLP, 200 Pier Ave. #226, Hermosa Beach, CA 90254

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Genesis B.; et al.

Plaintiff(s)

v.

The United States Environmental Protection Agency; et al.

Defendant(s).

CASE NUMBER

2:23-CV-10345

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Smith, Catherine E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(541) 375-0158
*Telephone Number*       *Fax Number*

csmith@law.du.edu
*E-Mail Address*

of

Our Children's Trust
1216 Lincoln Street
Eugene, OR 97401

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Genesis B.; et al.

*Name(s) of Party(ies) Represented*       ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hoffman, Paul L.
*Designee's Name (Last Name, First Name & Middle Initial)*

71244         (310) 717-7373
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

hoffpaul@aol.com
*E-Mail Address*

of

University of California at Irvine
School of Law
Civil Rights Litigation Clinic
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge