TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
SEAN C. DUFFY (NY Bar No. 4103131)
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Ph: (202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS B., a minor, by and through her guardian, G.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | No. 2:23-cv-10345 <br><br> **DEFENDANTS' NOTICE OF ENTRY OF APPEARANCE** |

Defendants hereby give notice of the appearance of Sean C. Duffy, United States Department of Justice, as counsel on behalf of all Defendants in this matter. Service of all papers to undersigned counsel should be addressed as follows:

| **Via U.S. Mail:** | **Via Express Courier:** |
|---|---|
| Sean C. Duffy<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044 | Sean C. Duffy<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>150 M Street NE<br>Room 2.900<br>Washington, DC 20002 |

Undersigned counsel's telephone number is (202) 305-0445; his facsimile number is (202) 305-0506; and his email address is sean.c.duffy@usdoj.gov. Counsel is registered with the United States District Court for the Central District of California for electronic filing using the email address set forth above. Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Dated: December 12, 2023

TODD KIM
Assistant Attorney General
United States Deparment of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611

Washington, DC 20044
Ph: (202) 305-0445
sean.c.duffy@usdoj.gov

*Attorneys for Federal Defendants*