1  JULIA A. OLSON (CA Bar 192642)
2  julia@ourchildrenstrust.org
   ANDREA K. RODGERS (applicant *pro hac vice*)
3  andrea@ourchildrenstrust.org
4  CATHERINE SMITH, Of Counsel (applicant *pro hac vice*)
   csmith@law.du.edu
5  **OUR CHILDREN'S TRUST**
   1216 Lincoln St.
6  Eugene, OR 97401
7  Tel: (415) 786-4825

*Attorneys for Plaintiffs*
*(Additional Counsel Listed on Next Page)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENESIS B.**, a minor, by and through her Guardian, G.P.; et al.<br><br>**Plaintiffs,**<br><br>vs.<br><br>**The UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**; et al.<br><br>**Defendants.** | Case No.: 2:23-CV-10345-MWF (AGRx)<br><br>**PROOF OF SERVICE ON DEFENDANTS UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES, AND MICHAEL S. REGAN** |

**PROOF OF SERVICE**

PHILIP L. GREGORY (CA Bar 95217)
pgregory@gregorylawgroup.com
**GREGORY LAW GROUP**
1250 Godetia Drive
Redwood City, CA 94062
Tel: (650) 278-2957

PAUL L. HOFFMAN (CA Bar 71244)
hoffpaul@aol.com
**UNIVERSITY OF CALIFORNIA AT IRVINE SCHOOL OF LAW**
**Civil Rights Litigation Clinic**
401 E. Peltason Drive, Suite 1000
Irvine, CA 92697
Tel: (310) 717-7373

JOHN WASHINGTON (CA Bar 315991)
jwashington@sshhzlaw.com
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
200 Pier Avenue #226
Hermosa Beach, CA 90254
Tel: (424) 424-0166

**PROOF OF SERVICE**

# PROOF OF SERVICE

1. I am a citizen of the United States, over 18 years of age, and not a party to this action. My business address is 1216 Lincoln St., Eugene, Oregon 97401.

2. On December 15, 2023, I served copies of the following documents on each of the Defendants in this action and the U.S. Attorney General at the addresses listed below **via certified mail return receipt requested**: Summons, Complaint, Civil Case Cover Sheet, Notice of Assignment to United States Judges, Certification and Notice of Interested Parties, Notice of Related Cases, Notice of Pendency, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent, Application to Appear Pro Hac Vice - Rodgers, Application to Appear Pro Hac Vice - Smith, Order Re Transfer (Declined).

   **U.S. Environmental Protection Agency**
   **1200 Pennsylvania Avenue, N.W.**
   **Washington, D.C. 20460**

   **Michael S. Regan, Administrator**
   **U.S. Environmental Protection Agency**
   **1200 Pennsylvania Avenue, N.W.**
   **Washington, D.C. 20460**

   **Merrick B. Garland, Attorney General of the United States**
   **U.S. Department of Justice**
   **950 Pennsylvania Avenue, N.W.**
   **Washington, DC 20530**

3. On December 19, 2023, I served copies of the above documents on the Assistant Attorney General for Administration at the address listed below **via certified mail return receipt requested**.

1
**PROOF OF SERVICE**

**Assistant Attorney General for Administration,
Justice Management Division
950 Pennsylvania Avenue, N.W.
Room 1111
Washington, DC 20530**

4. Attached as Exhibit 1 is the Proof of Service from Keith Williams, registered California process server, who served the U.S. Attorney for the Central District of California on December 18, 2023, at the address listed below.

**E. Martin Estrada
United States Attorney's Office
Central District of California
300 N Los Angeles St
Suite 7516
Los Angeles, CA, 90012**

I hereby certify under the penalty of perjury that the foregoing is true and correct.

DATED this 4th day of January, 2024.

*/s/ Susan Carey*
Susan Carey
Executive Assistant/Litigation Paralegal
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401

2
**PROOF OF SERVICE**

Our Children's Trust
Julia Olson SBN 192642
1216 Lincoln St.
Eugene, OR 97401

Representing: Plaintiff                                                    File No. 10095174

UNITED STATES DISTRICT COURT

Central District of California - District - Los Angeles - First Street

| | | |
|---|---|---|
| Genesis B., et al. | ) | Case No. 2:23-cv-10345-MWF-AGR |
| Plaintiff/Petitioner | ) | |
| vs. | ) | Proof of Service of: |
| US Environmental Protection Agency, et al. | ) | Summons, Complaint, Civil Case Cover Sheet, Notice of |
| Defendant/Respondent | ) | Assignment to United States Judges, Certification and |
| | ) | Notice of Interested Parties, Notice of Related Cases, |
| | ) | Notice of Pendency, Notice to Parties of Court-Directed |
| | ) | ADR Program, Notice to Counsel Re Consent, Application to Appear Pro Hac Vice - Rodgers, Application to Appear Pro Hac Vice - Smith, Order Re Transfer (Declined) |

Service on:
E. Martin Estrada

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 21834268

3

EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Our Children's Trust<br>Julia Olson SBN 192642<br>1216 Lincoln St.<br>Eugene, OR 97401<br>  TELEPHONE NO:           FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  julia@ourchildrenstrust.org<br>  ATTORNEY FOR *(Name)*:    Plaintiff | | Ref. No. or File No.: 10095174 (21834268) | FOR COURT USE ONLY |
|---|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court*<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, 90012 |
|---|
| PLAINTIFF:<br>Genesis B., et al. |
| DEFENDANT:<br>US Environmental Protection Agency, et al. |

| PROOF OF SERVICE | CASE NUMBER:<br>2:23-cv-10345-MWF-AGR |
|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Notice of Assignment to United States Judges, Certification and Notice of Interested Parties, Notice of Related Cases, Notice of Pendency, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent, Application to Appear Pro Hac Vice - Rodgers, Application to Appear Pro Hac Vice - Smith, Order Re Transfer (Declined)

2. Party Served:           E. Martin Estrada

3. Left With:              Estrella Garcia - Legal Assistant - Person in Charge of Office

4. Date & Time of Delivery:   December 18, 2023 at 2:21 pm PST

5. Address, City and State:   300 N Los Angeles St Suite 7516 Los Angeles, CA, 90012

6. Manner of Service:      By leaving the copies with or in the presence of Estrella Garcia - Legal Assistant, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $225.00

Registered California process server.
KEITH WILLIAMS
County:Los Angeles
Registration No.:7113

InfoTrack US, Inc. - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Keith Williams*
KEITH WILLIAMS

Date: December 20, 2023

PROOF OF SERVICE

Page 1 of 2
Order #21834268

4

EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Our Children's Trust<br>Julia Olson SBN 192642<br>1216 Lincoln St.<br>Eugene, OR 97401<br>       TELEPHONE NO:       FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:  julia@ourchildrenstrust.org<br>       ATTORNEY FOR *(Name)*:  Plaintiff | | FOR COURT USE ONLY |
|---|---|---|
| | *Ref. No. or File No.:*  10095174<br>(21834268) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, 90012 | | |
| PLAINTIFF:<br>Genesis B., et al. | | |
| DEFENDANT:<br>US Environmental Protection Agency, et al. | | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>2:23-cv-10345-MWF-AGR | |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 12/19/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Notice of Assignment to United States Judges, Certification and Notice of Interested Parties, Notice of Related Cases, Notice of Pendency, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent, Application to Appear Pro Hac Vice - Rodgers, Application to Appear Pro Hac Vice - Smith, Order Re Transfer (Declined)

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

E. Martin Estrada

300 N Los Angeles St
Suite 7516
Los Angeles, CA 90012

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $225.00

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   12/19/2023
Sandra Alcala

(TYPE OR PRINT NAME)

*(SIGNATURE OF DECLARANT)*

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify)*: InfoTrack USA

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 2 of 2
Order #21834268

5

EXHIBIT 1