

Name: **TAREK FARAG, pro se.**
Address: **411 N Warwick Ave**
**Westmont, IL 60559**
Phone: **630 709 3965**
Email: tarekfaragusa@hotmail.com
In Pro Per

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| **GENESIS B.**, et al | |
|---|---|
| **Plaintiffs,** | Case No: **2:23-CV-10345** |
| **vs.** | |
| **UNITED STATES ENVIRONMENTAL** | **PLEADING TO ACCOMPANY** |
| **PROTECTION AGENCY**, et al | **FARAG'S MOTION TO INTERVENE** |
| **Defendants**. | |

### FARAG'S PLEADINGS TO ACCOMPANY HIS MOTION TO INTERVENE

The movant Tarek Farag, pro se (hereinafter Farag), states the following:

**1-** Farag is generally disagreeing with Plaintiffs' allegations of facts.

**2-** Plaintiffs are wrongfully characterizing CO2 as pollutant, without it, life will die.

**3-** Plaintiffs are establishing this case on an assumption that burning fossil fuel generating CO2 could cause harmful global warming. In the following, Farag will prove it false and not based on scientific facts. At this time, he is not going to dispute the existence or not of climate change or global warming.

**4-** Paragraph 142 of Plaintiffs' complaint made this erroneous statements:

*"Climate pollution includes greenhouse gases that accumulate in the air: carbon dioxide ("CO2"), methane, nitrous oxide, and fluorinated gases. The gas in our air that is primarily responsible for destabilizing the climate system is CO2. CO2 is the primary pollutant driving the climate crisis because of how much CO2 is entering the air, how long it stays in the air, and because it is efficient at*

1

PRELIMINARY PLEADING TO ACCOMPANY FARAG'S MOTION TO INTERVENE

1  *absorbing and emitting radiation, i.e., heat. About 80% of greenhouse gas climate*
2  *pollution in the United States is CO2 and a significant portion of it stays in the air*
3  *for millennia".*
4

5  The main greenhouse gas is water vapor, which is impossible to remove and necessary
6  for life. CO2 is not a pollutant, which is necessary for plant growth and without CO2 life
7  will die. CO2 is not primarily responsible for destabilizing the climate system. There is
8  no climate crisis. CO2 has limited absorption bands for absorption and emission of IR
9  radiations, even water vapor (which has much more concentration) shares some of these
10  bands. CO2 is continuously absorbed and recycled by the plants releasing Oxygen.
11  Plaintiffs need to provide the scientific proof that '*About 80% of greenhouse gas climate*
12  *pollution in the United States is CO2"*!
13  **5-** Plaintiffs are alleging that EPA was negligent and not following the science in its
14  policies. On his research, Farag submitted a FOIA request to the EPA [Tracking Number
15  EPA-2022-001766, Requester Name Dr. TAREK FARAG, Submitted Date 01/05/2022],
16  requesting the following (the format is exactly the same):

17  *"Please provide all the SCIENTIFIC: data, reports, analysis, experiments, studies,*
18  *etc. that show the GOOD and BAD effects of the: "MAN-MADE-CLIMATE-*
19  *CHANGES", and support its existence or its future existence, according to which*
20  *the agency and the US government concluded and/or recommended and/or*
21  *ACTED and/or joined national or international organizations to COMBAT this*
22  *man-made climate changes.*
23  *Note: Most of the requested materials could be in electronic format, I accept its*
24  *delivery by email to save time and money."*
25

26  EPA responded on 1/31/2022 (hopkins.daniel@epa.gov) that **all what they have as**
27  **scientific proofs is nothing ZERO**, proving that EPA has no scientific basis for the
28  claims that burning fossil fuel is causing man made climate change or global warming.
29  **6-** Farag's scientific studies, analysis, and calculations using mainly the data contained
30  in the technical reports generated by IPCC (UN Intergovernmental Panel on Climate
31  Change) and NASA revealed serious errors. The claims that released CO2 from burning

2

1    fossil fuel could cause Global Warming, cause sea levels to rise, etc. has no scientific

2    basis. No one should be misguided by the large number of the people (or their degrees)

3    that participated in those reports. As Galileo said "In questions of science, the authority

4    of a thousand is not worth the humble reasoning of a single individual".

5    **7-** The theory that CO2 traps (absorbs) most of the IR (Infra-Red) energy emitted from

6    the earth's surface is flawed. The earth emits a wide spectrum of IR most of its energy is

7    in the 3 to 100 micrometer range. CO2 has limited absorption bands at (2, 2.7, 4.3, and

8    15 μm). Water vapor absorbs 30 times the IR energy as CO2. Due to the saturation effect

9    of CO2, changing its concentration 200% would increase its absorption to IR energy by

10    only 1.5%.

11    **8-** The data on page 935 of IPCC's "Earth's Energy Budget, Climate Feedbacks and

12    Climate Sensitivity" reveals that increasing greenhouse gases will reduce Sun's energy

13    reaching the Earth's surface, **causing Global Cooling not warming**, in direct

14    contravention of its own stated global warming theory. IPCC stated "*As a result, there is*

15    *a radiative imbalance at the TOA in the clear-sky energy budget (Figure 7.2, lower*

16    *panel), suggesting that the Earth would warm substantially if there were no clouds*".

17    This statement is not a scientific one since the 20 W/m2 IPCC estimated is a factual

18    number not a feeling and IPCC should not use the word "suggesting". In contrast, on

19    page 1022, IPCC stated "*Scientists have made significant progress over the past decade*

20    *and are now more confident that changes in clouds will amplify, rather than offset,*

21    *global warming in the future*". There is no basis for their statement of "more confident"

22    since it did not specify the magnitude or the direction of their predicted changes, and the

23    statement by itself is not scientific because there is always uncertainty not confidence.

24    **9-** IPCC is showing two diagrams in page 934 that represent scientific errors:

25        9-1  The Earth's surface in "All Sky" receives 160 W/m2 of the Sun's energy

26            while emitting 398 W/m2 (not adding evaporation and sensible heat), which is

3

1    more than the stated Sun's incoming energy of 160 W/m2 at the Earth's surface

2    and the 340 W/m2 at TOA. This is not logically or scientifically possible.

3    9.2.The Earth's atmosphere absorbs a total of 399 W/m2 (80+160+ 398-239 =

4    399), which means that the Earth is dangerously HEATING with energy MORE

5    THAN THE INCOMING SUN'S ENERGY, which is not logically or

6    scientifically possible.

7    9.3.  Having this incorrect information for 5 years without correction or

8    explanation is highly unprofessional, because it misleads people to wrong

9    conclusions and actions. Many people trusted these reports and used their data

10   without confirming its veracity and physical basis.

11   **10-** Both IPCC and NASA manipulated 10 years data to prove their Global Warming

12   Hoax, instead of changing their models to agree with the measurements [IPCC (page

13   935) "is not sufficient to quantify - -, the CERES EBAF reflected solar and emitted

14   thermal TOA fluxes were adjusted, - - to ensure that the net TOA flux for July 2005 to

15   June 2015 was consistent with the estimated Earth's energy balance for the same period

16   - -"].

17   **11-** Most of the references IPCC uses are its own that could be similarly misstated.

18   **12-** Global Warming would reduce sea level as opposed to increasing it. The average

19   temperature of the sea surface is 20 °C. Increasing it 3 °C will increase the water vapor

20   content of the air by about 19%, which will come from water evaporation from the sea

21   surface reducing its level. However, a 19% water increase in clouds would increase the

22   absorption of Sun's energy by about 11.8 W/m2 which is a huge reduction compared to

23   the imbalance of 0.7 W/m2, or the additional 3 W/m2 of CO2 absorption (277-274)

24   when its level increases from 400 to 800 ppm, causing feedback cooling of about 11 °C

25   (compare it to a rise of only 3  °C)!?

26   **13-** Increasing CO2 will increase vegetative growth on the earth, which is a very

27   desirable thing. According to NASA "Studies have shown that higher concentrations of

4

1    atmospheric carbon dioxide affect crops in two important ways: they boost crop yields
2    by increasing the rate of photosynthesis, which spurs growth, and they reduce the
3    amount of water crops lose through transpiration - - and thus increased water-use
4    efficiency". The $CO_2$- Coalition quantified the increase in crop biomass, resulting from
5    adding 300 ppm $CO_2$, to be from 41% to 77.8%.

6    **14-** Increasing $CO_2$ levels from 400 to 800 ppm, will cool the Earth since the increase in
7    plant growth will store additional 4.73 W/m2 of Sun's energy as carbohydrates as
8    opposed to letting it become heat. This is more than the 3 W/m2 difference in the
9    radiation emitted to space (277 and 274) when increasing $CO_2$ levels to 800 ppm.

10    **15-** A rise in $CO_2$ levels is a very desirable thing that we should encourage globally. We
11    must not waste our resources, destroy our economies, or reduce our standards of living
12    in the name of global warming or reducing $CO_2$ emissions.

13    **16-** Farag suffered huge financial losses and reduction to his standard of living, due to
14    the huge increases in the prices of almost everything, due to the limitations, imposed on
15    the use and production of fossil fuel in the USA. In addition, he is paying hidden taxes to
16    subsidize other sources of energy and equipment, and paying to destroy other reliable
17    sources of energy (including nuclear), and to subsidize electric-cars, windmills, solar
18    panels, etc. against his will.

19    **17-** Farag suffered huge financial losses and reduction to his standard of living, due to
20    the huge increases in the prices of almost everything, due to the limitations, imposed on
21    the use and production of fossil fuel in the USA. In addition, he is paying hidden taxes to
22    subsidize other sources of energy and equipment, and paying to destroy other reliable
23    sources of energy (including nuclear), and to subsidize electric-cars, windmills, solar
24    panels, etc. against his will.

25    **18-** Farag would like to ask the Court to allow him to file his documents electronically,
26    and receive the previous and future case-filing electronically to his email address:

5

PRELIMINARY PLEADING TO ACCOMPANY FARAG'S MOTION TO INTERVENE

1   tarekfaragusa@hotmail.com, and to be able to serve all the parties using the CM/ECF
2   system.

3   WHEREFORE, Tarek Farag, respectfully requests that this Honorable Court grant the
4   following relief:

5       1) Declare that burning fossil fuel generating $CO_2$ could cause global warming has
6          no scientific basis, and the Man-Made-Global-Warming and the Zero-Carbon
7          emission are destructive non-scientific issues.

8       2) Invalidate all the administrative orders, laws, subsidiaries, etc. to combat Man-
9          Made-Global-Warming, promote Zero-Carbon emission, or against fossil fuels,
10         that are not based on solid science.

11      3) Grant Farag a leave to amend or supplement his pleading when appropriate.

12      4) Compensate Farag for his damages and costs.

13      5) Award Farag punitive damages.

14      6) Take any additional actions this Honorable Court sees as proper and just.

15         Respectfully submitted this 8th day of January 2024,

16

17

18         TAREK FARAG
19         Proposed Intervener, pro se.
20         630 709 3965
21         tarekfaragusa@hotmail.com
22

PRELIMINARY PLEADING TO ACCOMPANY FARAG'S MOTION TO INTERVENE