# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. B., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−10345−MWF−AGR<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __12/12/2023__ | __15 and 16__ | __Applications to Appear Pro Hac Vice__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The applications are accepted as filed. All filings must contain the complete case number, as set forth above.

DATED: January 29, 2024         /s/ *Michael W. Fitzgerald*
                                United States District Judge