Name: TAREK FARAG

Address: 411 N WARWICK AVE

WESTMONT, IL 60559

Phone Number: 630 709 3965

Email Address: tarekfaragusa@hotmail.com

*Pro Se*

```
FILED
CLERK, U.S. DISTRICT COURT
02/02/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___smom___ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.B., et al<br><br>PLAINTIFF(S)<br>v.<br>THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:23-CV-10345<br><br><br>APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

As the ☐ Plaintiff ☒ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: Feb 1, 2024    Signature: /s/ Tarek Farag

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| GENESIS B., et al<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al<br><br>Defendants. | Case No: **2:23-CV-10345**<br><br>**REQUEST OF TAREK FARAG TO ACCESS THE ELECTRONIC FILING SYSTEM** |

<u>Reasons for the Court to Allow Intervenor Tarek Farag</u>
<u>Full Access to the Eletronic Filying System</u>

1- Intervenor Tarek Farag (hereinafter Farag), mailed his motion to intervene on 1/8/2024 by First Class mail, and up to 1/24/2024 he couldn't see that the motion was docketed. However, it was filed on 1/19/2024.

2- Farag assumed that the motion was lost in the mail, so, he prepared another motion and sent it by registered mail on 1/25/2024 with expected delivery on 1/31/2024 (tracking number 70222410000245370195). On 1/25/2024 it left the Post Office and up to 2/2/2024 it was still in transit and not delivered, as shown below.




1

MOTION TO INTERVENE BY TAREK FARAG

3- On 1/29/2024, the Court issued an Order stating; "Opposition to the Motion shall be filed no later than February 12, 2024; Farag's Reply, if any, shall be filed no later than February 26, 2024".

4- Without the ability to use the Electronic Filing System (CM/ECF); and with the current situation of lost or delayed mail; and with the difficulties of accessing the pleadings of the parties, serving, be served, and filing his own documents, it will be extremely difficult for Farag to participate effectively in the case. On the other hand, it is more convenient, efficient, and less expensive to the Court to allow him to use the Electronic System.

5- Attached is form (CV-005) APPLICATION FOR PERMISSION FOR ELECTRONIC FILING.

6- Farag's Motion was **filed in paper and included the request to file electronically**. If he files this request in paper, it might not reach the Court within reasonable time.

7- Wherefore, Intervenor Tarek Farag respectfully requests that this Honorable Court takes the necessary actions to allow him full access and use of the Electronic Filing System.

Respectfully submitted on February 2, 2024,

*[signature]*

TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com