**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.B., et al., | **CASE NUMBER** |
| | CV 23-10345-MWF(AGRx) |
| **PLAINTIFF(S)** | |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| **DEFENDANT(S)** | |

IT IS ORDERED that the Application for Permission for Electronic Filing by ___Tarek Farag___ _____ is hereby:

☐  GRANTED

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated: _____          _____
                                                    United States District/Magistrate Judge

☑  DENIED

*Comments:*  Tarek Farag has filed a Motion to Intervene (Docket No. 22).  If that Motion is granted, Mr. Farag may reapply for permission for electronic case filing.

Dated:  February 5, 2024          _____
                                                    United States District Judge