TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
ANDREW S. COGHLAN
andrew.coghlan@usdoj.gov
Environmental Defense Section
SEAN C. DUFFY (NY Bar No. 4103131)
sean.c.duffy@usdoj.gov
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Ph: (202) 532-3252 (Coghlan)
Ph: (202) 305-0445 (Duffy)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GENESIS B., a minor, by and through her guardian, G.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | No. 2:23-cv-10345-MWF-AGR <br><br> **DEFENDANTS' NOTICE OF ENTRY OF APPEARANCE** |

Defendants hereby give notice of the appearance of Andrew S. Coghlan, United States Department of Justice, as counsel on behalf of all Defendants in this matter. Service of all papers to undersigned counsel should be addressed as follows:

| **Via U.S. Mail:** | **Via Express Courier:** |
|---|---|
| Andrew S. Coghlan<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044 | Andrew S. Coghlan<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>150 M Street NE<br>Suite 4.400<br>Washington, DC 20002 |

Undersigned counsel's telephone number is (202) 514-9275; his facsimile number is (202) 353-1156; and his email address is andrew.coghlan@usdoj.gov. Counsel is registered with the United States District Court for the Central District of California for electronic filing using the email address set forth above. Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Dated:  February 8, 2024

TODD KIM
Assistant Attorney General
United States Deparment of Justice
Environment and Natural Resources Division

/s/ *Andrew S. Coghlan*
ANDREW S. COGHLAN
Trial Attorney
Environmental Defense Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Ph: (202) 514-9275
andrew.coghlan@usdoj.gov

Attorneys for Defendants