TODD KIM
Assistant Attorney General
ANDREW S. COGHLAN (CA Bar 313332)
andrew.coghlan@usdoj.gov
Environmental Defense Section
SEAN C. DUFFY (NY Bar No. 4103131)
sean.c.duffy@usdoj.gov
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Ph: (202) 532-3252 (Coghlan); Ph: (202) 305-0445 (Duffy)
*Attorneys for Defendants*

JULIA A. OLSON (CA Bar 192642)
julia@ourchildrenstrust.org
ANDREA K. RODGERS (applicant *pro hac vice*)
andrea@ourchildrenstrust.org
CATHERINE SMITH, Of Counsel (applicant *pro hac vice*)
csmith@law.du.edu
**OUR CHILDREN'S TRUST**
1216 Lincoln St.
Eugene, OR 97401
Tel: (415) 786-4825
*Attorneys for Plaintiffs (Additional Counsel Listed on Next Page)*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GENESIS B., a minor, by and through her guardian, G.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | No. 2:23-cv-10345-MWF-AGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: Dec. 18, 2023<br>Current response date: Feb. 16, 2024<br>New response date: March 15, 2024<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

| | |
|---|---|
| 1 | PHILIP L. GREGORY (CA Bar 95217) |
| 2 | pgregory@gregorylawgroup.com<br>**GREGORY LAW GROUP** |
| 3 | 1250 Godetia Drive<br>Redwood City, CA 94062 |
| 4 | Tel: (650) 278-2957 |
| 5 | PAUL L. HOFFMAN (CA Bar 71244) |
| 6 | hoffpaul@aol.com<br>**UNIVERSITY OF CALIFORNIA AT IRVINE** |
| 7 | **SCHOOL OF LAW**<br>**Civil Rights Litigation Clinic** |
| 8 | 401 E. Peltason Drive, Suite 1000<br>Irvine, CA 92697 |
| 9 | Tel: (310) 717-7373 |
| 10 | JOHN WASHINGTON (CA Bar 315991)<br>jwashington@sshhzlaw.com |
| 11 | **SCHONBRUN SEPLOW HARRIS**<br>**HOFFMAN & ZELDES LLP** |
| 12 | 200 Pier Avenue #226<br>Hermosa Beach, CA 90254 |
| 13 | Tel: (424) 424-0166<br>*Attorneys for Plaintiffs* |

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the time for Defendants to respond to Plaintiffs' Complaint in the above-entitled action will be extended twenty-eight days, from February 16, 2024, to March 15, 2024.

Local Civil Rule 8-3 of the Local Rules for the Central District of California provides that an initial stipulation extending the time for thirty days or less within which to respond to a complaint must be filed with the Court but does not require Court approval. This is the first request for extension by Defendants.

//
//
//
//
//
//

1

| | | |
|---|---|---|
| 1 | Dated:  February 9, 2024 | Respectfully submitted, |
| 2 | | United States Deparment of Justice |
| 3 | | Environment and Natural Resources Division |
| 4 | | /s/ Andrew S. Coghlan |
| | | ANDREW S. COGHLAN[1] |
| 5 | | Trial Attorney |
| | | Environmental Defense Section |
| 6 | | *For Defendants* |
| 7 | | |
| 8 | Dated:  February 9, 2024 | GREGORY LAW GROUP |
| 9 | | /s/ Philip L. Gregory |
| | | PHILIP L. GREGORY |
| 10 | | *For Plaintiffs* |

---

[1] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.