TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

ANDREW S. COGHLAN
andrew.coghlan@usdoj.gov
Environmental Defense Section
SEAN C. DUFFY (NY Bar No. 4103131)
sean.c.duffy@usdoj.gov
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Ph: (202) 532-3252 (Coghlan)
Ph: (202) 305-0445 (Duffy)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS B., a minor, by and through her guardian, G.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | No. 2:23-cv-10345-MWF-AGR <br><br> **DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE** |

Before this Court is a Motion to Intervene brought by Tarek Farag, proceeding pro se. ECF No. 22. While Defendants recognize that the filings of pro se litigants are owed a liberal construction, the errors in the present motion are significant and they warrant denial. The United States Environmental Protection Agency, et al., thus opposes the motion on the following grounds.

1.  As the Clerk has already identified in its Notice to Filer of Deficiencies in Electronically Filed Document, ECF No. 24, the motion is procedurally deficient because (1) the movant did not file a notice of interested parties, as required by Local Rule 7-1.1; (2) the motion does not provide the date and time of the motion hearing, as required by Local Rule 7-4; and (3) the movant did not submit a proposed order, as required by Local Rule 5-4.4.

2.  The movant also did not confer with Defendants prior to filing his motion, as required by Local Rule 7-3.

3.  Further, the movant did not comply with Federal Rule of Civil Procedure 24(c), which requires that a motion to intervene be accompanied by a pleading that sets out the defense for which intervention is sought. *See also Sw. Ctr. for Biological Diversity v. Berg*, 268 F.3d 810, 820 (9th Cir. 2001) (recognizing that courts consider the proposed complaint or answer in considering a motion to intervene).

4.  The movant filed a document entitled "Pleading to Accompany Farag's Motion to Intervene," but it is clear from the face of the document that it is not a "pleading" as defined by Federal Rule of Civil Procedure 7(a). Although the movant indicates that he "is generally disagreeing with Plaintiffs' allegation of facts," ECF No. 22 at 1, the movant does not admit or deny the allegations contained in the complaint, as required by Rule 8(b).

5.  Finally, the movant asserts that he has "significant and well-demonstrated regulatory, property, and economic interests that are directly at stake in the present litigation," and that if Plaintiffs are successful, it would cost him "substantial

money, reducing his standard of living, and paying hidden taxes to subsidize other sources of energy and equipment." ECF No. 22 at 4. However, the movant provides no evidence in support of the motion, as required by Local Rule 7-5. *See also* L.R. 7-6 (describing evidence considered on motions); *Sw. Ctr. for Biological Diversity*, 268 F.3d at 820 (noting that courts consider "all well-pleaded, nonconclusory allegations in the motion to intervene, the proposed complaint or answer in intervention, and declarations supporting the motion as true"). The movant's conclusory statements, without any supporting evidence, do not provide the requisite evidence to support his motion to intervene.

6. Because the motion to intervene does not comply with the requirements of Federal Rule of Civil Procedure 24(c) and Local Rules 7-3, 7-4, and 7-5, the Court should deny the motion or decline to consider it.

Dated: February 12, 2024               Respectfully Submitted,

TODD KIM
Assistant Attorney General
United States Deparment of Justice
Environment and Natural Resources Division

*/s/ Sean C. Duffy*
ANDREW S. COGHLAN
Trial Attorney
Environmental Defense Section
SEAN C. DUFFY
Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Ph: (202) 532-3252 (Coghlan)
Ph: (202) 305-0445 (Duffy)
andrew.coghlan@usdoj.gov
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

## Certificate of Service

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and mailed the foregoing via overnight courier to movant Tarek Farag at the following mailing address:

Tarek Farag
411 N. Warwick Ave.
Westmont, IL 60559

*/s/ Sean C. Duffy*
Sean C. Duffy

*Attorney for Defendants*