Name: **Tarek Farag**
Address: **411 N Warwick Ave**
**Westmont, IL 60559**
Phone: **630 709 3965**
Email: tarekfaragusa@hotmail.com
In Pro Per



FILED
CLERK, U.S. DISTRICT COURT

FEB 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

1

2     **UNITED STATES DISTRICT COURT**

3     **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENESIS B.**, et al | |
| **Plaintiffs,** | Case No: **2:23-CV-10345** |
| **vs.** | **MOTION TO INTERVENE BY** |
| **UNITED STATES ENVIRONMENTAL** | **TAREK FARAG** |
| **PROTECTION AGENCY**, et al | Pro Se |
| **Defendants**. | |

4

5                            **I. INTRODUCTION**

6

7   Tarek Farag (hereinafter Farag) is an engineer having worked in many engineering fields,

8   and did many scientific researches including his Masters and PhD in nuclear engineering.

9   Was certified as a PE (Professional Engineer) in Illinois in 1994, and have a few patents.

10   Farag examined the **claims** that **burning fossil fuel is causing global warming** that

11   will cause sea level to rise, etc., and found it to be **untrue (hoax).** Many people jumped

12   on the hoax, promoted it, gained power, and made financial gains. The worst part was,

13   and is, the promotion of this hoax on an international level by NASA and the United

14   Nations' Intergovernmental Panel on Climate Change (IPCC). The destruction of this

15   hoax became clear after the war on fossil fuel, which resulted in losing our energy

16   independence, and the soaring of energy prices and the prices of almost everything,

1

1   which is devastating for him personally and almost all the citizens. Farag finished his
2   scientific studies, analysis, and calculations, using mainly the data contained in the
3   technical reports generated by IPCC and NASA, which revealed serious errors. Farag
4   proved that there is no scientific basis for the claims that the CO2 released from burning
5   fossil fuel could cause Global Warming, cause sea levels to rise, etc. Farag published his
6   findings around May 2022, and around November 17, 2022, sent an open letter to UN
7   Secretary General asking him to stop pushing countries into disasters due to the scientific
8   hoax that burning fossil fuel is causing global warning. However, he didn't receive any
9   response, and the push for the hoax continued. Around February 14, 2023, he sent
10   another letter to him and to many politicians and decision makers, and complained to US
11   Attorney General and to IL State Attorney General. However, he didn't get any disputes
12   to his findings, or a responsive reply. Around 4/10/2023, he filed an Amicus Brief with
13   District Court of Alaska in case No. 3:23-cv-61, and around 8/31/2023 tried to intervene
14   (but was too late). He also filed the same brief in Montana First Judicial District Court
15   around 6/12/2023, few days before the trial (apparently the Court couldn't consider it).

## II. ARGUMENT

### 1. FARAG IS ENTITLED TO INTERVENE AS OF RIGHT

20   A party that needs to intervene as of right should meet the following: (1) the motion
21   must be timely; (2) the movant must claim a "significantly protectable" interest relating
22   to the property or transaction that is the subject of the action; (3) the movant must be so
23   situated that the disposition of the action may, as a practical matter, impair or impede the
24   movant's ability to protect that interest; and (4) the movant's interest must not be
25   adequately represented by the existing parties to the action. Consistent with all other
26   federal courts of appeal, the Ninth Circuit applies this test broadly in favor of
27   intervention:

1  *"A liberal policy in favor of intervention serves both efficient resolution of issues*
2  *and broadened access to the courts. By allowing parties with a practical interest*
3  *in the outcome of a particular case to intervene, we often prevent or simplify*
4  *future litigation involving related issues; at the same time, we allow an additional*
5  *interested party to express its views before the court".*[ United States v. City of
6  L.A., Cal., 288 F.3d 391, 397-98 (9th Cir. 2002)].
7
8  Thus, courts assess a motion to intervene "primarily by practical considerations, not
9  technical distinctions." [Sw. Ctr. for Biological Diversity v. Berg, 268 F.3d 810, 818 (9th
10  Cir. 2001)]. As discussed below, Farag meets each of the requirements for intervention as
11  of right.

12  **1.1. Farag's motion to intervene is timely.**

13  When evaluating timeliness, the Court needs to consider (1) the stage of the proceedings,
14  (2) any prejudice to the existing parties, and (3) the reasons for and length of any delay.
15  This litigation was filed on 12/10/2023 (less than 28 business days), and on 12/12/2023 a
16  60 Day Summons was issued, hence no party will be prejudiced by Farag's intervention.
17  In order to avoid delay, Farag is submitting a preliminary pleading focusing on the
18  **scientific facts disputing the claims that burning fossil fuel is causing global**
19  **warming**, and will supplement it with greater specificity in due course. Hence, Farag's
20  motion to intervene mailed on 1/8/2024 and this one are timely.

21  **1.2. Farag has a significant protectable interest in the resolution of this action.**

22  A significant protectable interest exists when an applicant asserts an interest that is
23  protected under some law and there is a relationship between the applicant's legally
24  protected interest and the plaintiff's claims. The interest requirement of Rule 24(a) is
25  "*primarily a practical guide to disposing of lawsuits by **involving as many apparently***
26  ***concerned persons** as is compatible with efficiency and due process*."[ Nuesse v. Camp,
27  385 F.2d 694, 700 (D.C. Cir. 1967); see Wilderness Soc'y v. U.S. Forest Serv., 630 F.3d
28  1173, 1179 (9th Cir. 2011)]. Accordingly, no specific legal or equitable interest need be
29  established for the Rule 24 test to be satisfied. To satisfy the "relationship requirement,
30  an applicant must show that resolution of the plaintiff's claims will affect the applicant.

1  Farag has significant and well-demonstrated regulatory, property, and economic interests
2  that are directly at stake in the present litigation. Additionally, Farag's interests are much
3  higher than Plaintiffs' interests, bearing in mind that their action is based on untrue facts.
4  Hence, Farag satisfies the second prong of the intervention test.

5  **1.3. Disposition in favor of Plaintiffs will harm Farag's interests.**

6  The test for impairment under Rule 24 focuses on practical effects. "*If an absentee would*
7  *be substantially affected in a practical sense by the determination made in an action, he*
8  *should, as a general rule, be entitled to intervene - -.*" [ Fed. R. Civ. P. 24 advisory
9  committee's note, quoted in Citizens for Balanced Use, 647 F.3d at 898]. The purpose of
10  Plaintiffs' claims in this litigation is to declare that EPA is "*intentionally allowing life-*
11  *threatening levels of climate pollution*" based on untrue facts. If Plaintiffs are successful
12  in their claims, EPA would be forced to take unjustified actions that would increase the
13  prices of almost everything, costing Farag substantial money, reducing his standard of
14  living, and paying hidden taxes to subsidize other sources of energy and equipment.
15  Hence, Farag satisfies the third prong of the intervention test.

16  **1.4. Defendants do not adequately represent Farag's interests.**

17  Farag's interests are sufficiently different from those of Defendants to warrant
18  intervention. The burden of demonstrating inadequate representation is minimal. Farag
19  needs only to show that his interests are different from the existing parties' interests such
20  that their representation may be inadequate. The Court must consider:

21      *(1) whether the interest of a present party is such that it will undoubtedly make all*
22      *the intervenor's arguments;*
23      *(2) whether the present party is capable and willing to make such arguments; and*
24      *(3) whether the would-be intervener would offer any necessary elements to the*
25      *proceedings that other parties would neglect.*[ Citizens for Balanced Use, 647
26      F.3d at 898; Trbovich v. United Mine Workers of Am., 404 U.S. 528, 538 n.10
27      (1972); Sw. Ctr. for Biological Diversity, 268 F.3d at 823; Nuesse, 385 F.2d at
28      703].
29

4

1  Here, the interests and perspectives of Farag as a non-federal entity with a direct
2  economic stake in this controversy are very different from the interests of EPA as a
3  federal regulatory agency. When parties, such as Farag, has private interests, as opposed
4  to the government's public interests, this difference is sufficient to justify intervention.
5  Moreover, Farag's participation in the litigation would certainly aid the Court's
6  consideration of the issues in this case. **Farag would be the only entity in this litigation**
7  **with scientific knowledge that will aid the Court's** understanding of the issues in this
8  case that would not be made by other parties to the litigation. Hence, Farag satisfies the
9  forth prong of the intervention test.

10

11  ## 2.  **ALTERNATIVELY, FARAG IS ENTITLED TO PERMISSIVE**
12  **INTERVENTION.**

13

14  As with intervention as of right, permissive intervention is construed liberally in favor of
15  the moving party.[ City of L.A., 288 F.3d at 397–98]. Permissive intervention should be
16  allowed under Fed. R. Civ. P. 24(b) as long as the applicant for intervention establishes
17  that "*(1) it shares a common question of law or fact with the main action; (2) its motion is*
18  *timely; and (3) the court has an independent basis for jurisdiction over the applicant's*
19  *claims.*"[ Donnelly, 159 F.3d at 412]. Under this standard, neither the inadequacy of
20  representation nor a direct interest in the subject matter of the action need be shown.[
21  Kootenai Tribe of Idaho v. Veneman, 313 F.3d 1094, 1108 (9th Cir. 2002), overruled in
22  part on other grounds by Wilderness Soc'y, 630 F.3d at 1178]. Farag shares a common
23  question of fact "burning fossil fuel does not cause global warming". His motion is
24  timely, and will not prejudice the existing parties. Accordingly, if this Court were to deny
25  Farag's motion to intervene as of right, permissive intervention should be
26  granted.[Freedom from Religion Found., Inc. v. Geithner, 644 F.3d 836, 844 (9th Cir.
27  2011)].

28  ## III. CONCLUSION

5

1   For the foregoing reasons, Farag respectfully requests that this Honorable Court grant his

2   motion to intervene as of right under Fed. R. Civ. P. 24(a); and/or to be granted

3   permissive intervention under Fed. R. Civ. P. 24(b); And for other relief as proper.

4   Respectfully submitted this 8th day of January 2024,

5

6   TAREK FARAG
7   Proposed Intervener, pro se.
8   630 709 3965
9   tarekfaragusa@hotmail.com
10
11   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
12

13   **FARAG'S PLEADINGS FOR HIS MOTION TO INTERVENE**

14

15   The movant Tarek Farag, pro se (hereinafter Farag), states the following:

16   1- Farag is generally disagreeing with Plaintiffs' allegations of facts.

17   2- Plaintiffs are wrongfully characterizing CO2 as pollutant, without it, life will die.

18   3- Plaintiffs are establishing this case on an assumption that burning fossil fuel

19   generating CO2 could cause harmful global warming. In the following, Farag will prove

20   it false and not based on scientific facts. At this time, he is not going to dispute the

21   existence or not of climate change or global warming.

22   4- Paragraph 142 of Plaintiffs' complaint made this erroneous statements:

23   *"Climate pollution includes greenhouse gases that accumulate in the air: carbon*
24   *dioxide ("CO2"), methane, nitrous oxide, and fluorinated gases. The gas in our*
25   *air that is primarily responsible for destabilizing the climate system is CO2. CO2*
26   *is the primary pollutant driving the climate crisis because of how much CO2 is*
27   *entering the air, how long it stays in the air, and because it is efficient at*
28   *absorbing and emitting radiation, i.e., heat. About 80% of greenhouse gas climate*
29   *pollution in the United States is CO2 and a significant portion of it stays in the air*
30   *for millennia"*.
31

1    The main greenhouse gas is water vapor, which is impossible to remove and necessary

2    for life. CO2 is not a pollutant, which is necessary for plant growth and without CO2 life

3    will die. CO2 is not primarily responsible for destabilizing the climate system. There is

4    no climate crisis. CO2 has limited absorption bands for absorption and emission of IR

5    radiations, even water vapor (which has much more concentration) shares some of these

6    bands. CO2 is continuously absorbed and recycled by the plants releasing Oxygen.

7    Plaintiffs need to provide the scientific proof that "*About 80% of greenhouse gas climate*

8    *pollution in the United States is CO2*"!

9    **5-** Plaintiffs are alleging that EPA was negligent and not following the science in its

10    policies. On his research, Farag submitted a FOIA request to the EPA [Tracking Number

11    EPA-2022-001766, Requester Name Dr. TAREK FARAG, Submitted Date 01/05/2022],

12    requesting the following (the format is exactly the sme):

13        *"Please provide all the SCIENTIFIC: data, reports, analysis, experiments, studies,*
14        *etc. that show the GOOD and BAD effects of the: "MAN-MADE-CLIMATE-*
15        *CHANGES", and support its existence or its future existence, according to which*
16        *the agency and the US government concluded and/or recommended and/or*
17        *ACTED and/or joined national or international organizations to COMBAT this*
18        *man-made climate changes.*
19        *Note: Most of the requested materials could be in electronic format, I accept its*
20        *delivery by email to save time and money."*
21

22    EPA responded on 1/31/2022 (hopkins.daniel@epa.gov) that **all what they have as**

23    **scientific proofs is nothing ZERO**, proving that EPA has no scientific basis for the

24    claims that burning fossil fuel is causing man made climate change or global warming.

25    **6-** Farag's scientific studies, analysis, and calculations using mainly the data contained

26    in the technical reports generated by IPCC (UN Intergovernmental Panel on Climate

27    Change) and NASA revealed serious errors. The claims that released CO2 from burning

28    fossil fuel could cause Global Warming, cause sea levels to rise, etc. has no scientific

29    basis. No one should be misguided by the large number of the people (or their degrees)

30    that participated in those reports. As Galileo said "In questions of science, the authority

31    of a thousand is not worth the humble reasoning of a single individual".

7

7- The theory that $CO_2$ traps (absorbs) most of the IR (Infra-Red) energy emitted from the earth's surface is flawed. The earth emits a wide spectrum of IR most of its energy is in the 3 to 100 micrometer range. $CO_2$ has limited absorption bands at (2, 2.7, 4.3, and 15 μm). Water vapor absorbs 30 times the IR energy as $CO_2$. Due to the saturation effect of $CO_2$, changing its concentration 200% would increase its absorption to IR energy by only 1.5%.

8- The data on page 935 of IPCC's "Earth's Energy Budget, Climate Feedbacks and Climate Sensitivity" reveals that increasing greenhouse gases will reduce Sun's energy reaching the Earth's surface, **causing Global Cooling not warming**, in direct contravention of its own stated global warming theory. IPCC stated "*As a result, there is a radiative imbalance at the TOA in the clear-sky energy budget (Figure 7.2, lower panel), suggesting that the Earth would warm substantially if there were no clouds*". This statement is not a scientific one since the 20 W/m2 IPCC estimated is a factual number not a feeling and IPCC should not use the word "suggesting". In contrast, on page 1022, IPCC stated "*Scientists have made significant progress over the past decade and are now more confident that changes in clouds will amplify, rather than offset, global warming in the future*". There is no basis for their statement of "more confident" since it did not specify the magnitude or the direction of their predicted changes, and the statement by itself is not scientific because there is always uncertainty not confidence.

9- IPCC is showing two diagrams in page 934 that represent scientific errors:

    9-1 The Earth's surface in "All Sky" receives 160 W/m2 of the Sun's energy while emitting 398 W/m2 (not adding evaporation and sensible heat), which is more than the stated Sun's incoming energy of 160 W/m2 at the Earth's surface and the 340 W/m2 at TOA. This is not logically or scientifically possible.

    9.2. The Earth's atmosphere absorbs a total of 399 W/m2 (80+160+ 398-239 = 399), which means that the Earth is dangerously HEATING with energy MORE THAN THE INCOMING SUN'S ENERGY, which is not logically or scientifically possible.

1    9.3.  Having this incorrect information for 5 years without correction or

2         explanation is highly unprofessional, because it misleads people to wrong

3         conclusions and actions. Many people trusted these reports and used their data

4         without confirming its veracity and physical basis.

5    10- Both IPCC and NASA manipulated 10 years data to prove their Global Warming

6    Hoax, instead of changing their models to agree with the measurements [IPCC (935) "*is*

7    *not sufficient to quantify - -, the CERES EBAF reflected solar and emitted thermal TOA*

8    *fluxes were __adjusted__, - - __to ensure__ that the net TOA flux for __July 2005 to June 2015__ was*

9    *__consistent with the estimated__ Earth's energy balance for the same period - -*"].

10   11- Most of the references IPCC uses are its own that could be similarly misstated.

11   12- Global Warming would reduce sea level as opposed to increasing it. The average

12   temperature of the sea surface is 20 °C. Increasing it 3 °C will increase the water vapor

13   content of the air by about 19%, which will come from water evaporation from the sea

14   surface reducing its level. However, a 19% water increase in clouds would increase the

15   absorption of Sun's energy by about 11.8 $W/m2$ which is a huge reduction compared to

16   the imbalance of 0.7 $W/m2$, or the additional 3 $W/m2$ of $CO2$ absorption (277-274)

17   when its level increases from 400 to 800 ppm, causing feedback cooling of about 11 °C

18   (compare it to a rise of only 3 °C)!?

19   13- Increasing $CO2$ will increase vegetative growth on the earth, which is a very

20   desirable thing. According to NASA "*Studies have shown that higher concentrations of*

21   *atmospheric carbon dioxide affect crops in two important ways: they boost crop yields*

22   *by increasing the rate of photosynthesis, which spurs growth, and they reduce the*

23   *amount of water crops lose through transpiration - - and thus increased water-use*

24   *efficiency*". The $CO2$- Coalition quantified the increase in crop biomass, resulting from

25   adding 300 ppm $CO2$, to be from 41% to 77.8%.

26   14- Increasing $CO2$ levels from 400 to 800 ppm, will cool the Earth since the increase in

27   plant growth will store additional 4.73 $W/m2$ of Sun's energy as carbohydrates as

9

1  opposed to letting it become heat. This is more than the 3 W/m2 difference in the

2  radiation emitted to space (277 and 274) when increasing CO2 levels to 800 ppm.

3  **15-** A rise in CO2 levels is a very desirable thing that we should encourage globally. We

4  must not waste our resources, destroy our economies, or reduce our standards of living

5  in the name of global warming or reducing CO2 emissions.

6  **16-** Farag suffered huge financial losses and reduction to his standard of living, due to

7  the huge increases in the prices of almost everything, due to the limitations, imposed on

8  the use and production of fossil fuel in the USA. In addition, he is paying hidden taxes to

9  subsidize other sources of energy and equipment, and paying to destroy other reliable

10  sources of energy (including nuclear), and to subsidize electric-cars, windmills, solar

11  panels, etc. against his will.

12  **17-** Farag asked the Court to allow him to file electronically, but his request was denied.

13  As Farag's original motion to intervene was not filed up to 1/24/2024, he is submitting

14  this similar motion. He would like to ask the Court to allow him to file his documents

15  electronically, and receive the previous and future case-filing electronically to his email

16  address: tarekfaragusa@hotmail.com, and to be able to serve all the parties using the

17  CM/ECF system.

18

19  WHEREFORE, Tarek Farag, respectfully requests that this Honorable Court grant the

20  following relief:

21      1) Declare that burning fossil fuel generating CO2 could cause global warming has

22         no scientific basis, and the Man-Made-Global-Warming and the Zero-Carbon

23         emission are destructive non-scientific issues.

24      2) Invalidate all the administrative orders, laws, subsidiaries, etc. to combat Man-

25         Made-Global-Warming, promote Zero-Carbon emission, or against fossil fuels,

26         that are not based on solid science.

27      3) Grant Farag a leave to amend or supplement his pleading when appropriate.

28      4) Compensate Farag for his damages and costs.

10

1    5) Award Farag punitive damages.

2    6) Take any additional actions this Honorable Court sees as proper and just.

3      Respectfully submitted this 25th day of January 2024,

4

5

6                  TAREK FARAG

7                  Proposed Intervener, pro se.

8                  630 709 3965

9                  tarekfaragusa@hotmail.com

10

11

12                  **CERTIFICATE OF SERVICE**

13 I certify that on January 25, 2024, I filed the foregoing pleadings of Tarek Farag, by first-

14 class mail with delivery tracking, to the Court Clerk, expecting it to be filed and served

15 electronically to all the parties on record. In case that Farag is required to do the service,

16 he will be more than happy to do it.

17      Respectfully submitted,

18

19              TAREK FARAG, pro se.

20      411 N WARWICK AVE, WESTMONT, IL 60559

21              Phone: 630 709 3965

22           Email: tarekfaragusa@hotmail.com

23

24              **VERIFICATION BY CERTIFICATION**

25 Under penalties as provided by law, the undersigned certifies that the statements set forth

26 in this instrument are true and correct, except as to matters therein stated to be on

27 information and belief and as to such matters the undersigned certifies as aforesaid that

28 he verily believes the same to be true and correct.

29

30

31              Signed: TAREK FARAG

32              Dated: January 25, 2024

**Sender: TAREK FARAG**
**411 N WARWICK AVE, WESTMONT, IL 60559**

 2410 0002 4537 0195

**Case No. 2:23-CV-10345**
**Please file electronically, to be served.**

*Retail*

 RDC 99

U.S. POSTAGE PAID
FCM LETTER
WESTMONT, IL 60559
JAN 25, 2024

**$5.32**

R2305E124366-04

**CLERK OF THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**350 W 1st Street, Suite 4311**
**Los Angeles, CA 90012-4565**



RECEIVED
CLERK, U.S. DISTRICT COURT

FEB 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY



JAN 25 2024

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7022 2410 0002 4537 0195