Name: **Tarek Farag**

Address: **411 N Warwick Ave**

**Westmont, IL 60559**

Phone: **630 709 3965**

Email: tarekfaragusa@hotmail.com

In Pro Per



FILED
CLERK, U.S. DISTRICT COURT

**FEB 2 8 2024**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1    **UNITED STATES DISTRICT COURT**

2    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENESIS B**., et al<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, et al<br><br>**Defendants**. | Case No: **2:23-CV-10345-MWF-AGR**<br><br>**FARG'A REPLY TO OPPOSITIONS TO HIS INTERVENTION**<br><br>**(ECF No. 30 & 32)** |

3    In support of his reply to OPPOSITIONS to his intervention, intervenor Tarek Farag

4    (hereinafter Farag), states the following **under oath**.

5    **CONCLUSION**
6

7    **1-** Farag believes that this case shows clearly how the **government** and <u>many</u>

8    <u>organizations</u> that **PRETEND** to fight **racism** and **discrimination** and **protect the rights**

9    of: **disadvantage**, **poor**, and **middle class** people, especially the: Minorities, Blacks,

10   Latinos, Indigenous, and more – (hereinafter <u>MBL</u>), in reality, they **TARGETS** them

11   with **racist** **discriminatory** and devastating **regulations and taxes**, to give their money

12   to rich people to buy **expensive** electric cars, solar panels, etc. instead of spending this

13   money to improve their lives. The <u>worst part</u> is their use of a **BIG LIE** that "**burning**

14   **fossil fuel is causing global warming**" (hereinafter Hoax), to justify targeting those

15   people. According to the site: https://www.kqed.org/news/11944855/black-and-latino-

16   communities-almost-nonexistent-in-californias-electric-car-market. "*Black and Latino*

1

1    *Communities Almost Nonexistent in California's Electric Car Market"*. According to

2    **Plaintiffs themselves; "*Courts have PROHIBITED this type of discriminatory***

3    ***government conduct as VIOLATIVE of the very foundation of our democracy"*.**

4                                        **ARGUMENT**

5    **2-** Plaintiffs are trying to claim that Farag has no protectable interest, which is not true.

6    Farag is already suffering financial damage and reduction to his standard of living, and

7    will suffer more if Plaintiffs prevail in this case. Also, Farag has legal interest because

8    this case is based on fraud. At the same time, **Plaintiffs admit** that Farag has protectable

9    interest "*The present parties adequately **represent** Mr. Farag's interests*".

10   **3-** Plaintiffs claim that *"His grievance solely concerns his personal opinion that climate*

11   *change is a "hoax." "*, which is not the full truth. Farag's "personal opinion" is based on

12   scientific facts and numbers, not fraudulent and manipulated data. Farag has no problem

13   with Plaintiffs living the life they want based on their opinion, but he would not accept

14   imposing it on him, especially knowing that it is based on a Hoax.

15   **4-** Plaintiffs are twisting the facts by claiming that Farag has "grievances against - -

16   NASA and the IPCC". Farag is **using what NASA and IPCC call "technical reports"**

17   **to** prove that **Plaintiffs knowingly** based their case on **fraudulent information**.

18   **5-** Yes, "*It is perfectly legal for government entities to reach conclusions that are*

19   *different from Mr. Farag's*", but **only when it is NOT based on fraud**.

20   **6-** Any reasonable jury will consider Plaintiffs' statement; "*it is also permissible for the*

21   *federal government to make regulations that affect market prices for better or **worse***", to

22   be in violation of the government's obligations towards the citizens. **This is exactly**

23   **what Plaintiffs want,** force the government **to add to the bad regulations more bad**

24   **regulations to MAKE THINGS WORSE**, based on **FRAUD**. Plaintiffs by themselves

25   contradicted this statement by saying, "*Youth Plaintiffs seek declarations **of law***

26   *regarding the EPA's **constitutional obligations toward children"**.*

27   **7-** Plaintiffs are trying to avoid exposing their fraud by recommending that Farag should

1  file Amicus Briefs as he did before, knowing that briefs are to guide the Court and the

2  Court can ignore them. For example, in Montana (First Judicial District Court, Lewis and

3  Clerk County case # 3:23-cv-61-SLG, Held v. State), the Court ignored Farag's Brief,

4  and let the "**Expert Witnesses" mislead** the Court to make **unrealistic** findings that the

5  children suffered and will suffer **mental and physical damages** because "*The Earth has*

6  *warmed by 1.3 to 2.2 °F in only the last thirty-five years*". While Florida is the hottest

7  state in the US, with an average temperature of **73.4 °F**, and Montana is one of the

8  coldest, with an average daily high temperature of **14 °F**, which is more than **55 °F**

9  difference, **for hundreds of years** (not **only 2.2 °F** over 35 years) **without causing** any

10  of these damages to anyone!

11  **8-** The parties don't represent Farag's interests, he wants the EPA to prevail as the best

12  of two evils. The EPA already implemented destructive regulations to comply with the

13  Hoax, and Plaintiffs are not satisfied and want more destruction. Plaintiffs admit, "*it is*

14  *extremely unlikely Defendants will dispute Plaintiffs' allegation that burning fossil*

15  *fuels causes climate change*", which is one of the reasons for Farag's intervention.

16  **9-** Plaintiffs are challenging the ability of Farag to dispute the testimony of Plaintiffs'

17  expert witnesses, and **Nobel Prize-winning scientists.** They refer to the case (Held v.

18  State) that showed how these "expert witnesses" **mislead** the Court to make **unrealistic**

19  **findings** (see ¶7 above). Although the two distinguished Princeton professors, Richard

20  Lindzen, Prof. of Earth Sciences, and William Harper, Prof. of Physics, testified before

21  congress against the Hoax, Plaintiffs, knowingly, picked the fraudulent information of

22  their "expert witnesses". A **high school student, not even a scientist,** can prove that those

23  "expert witnesses" are **neither qualified nor credible**. This is **what Farag is going to do**

24  **in few minutes**, which **scares** both the parties and make them **oppose his intervention**.

25  **10-** Plaintiffs are claiming that Farag's intervention would delay the action. It is the

26  opposite, Farag will **prove the falsity** of the Hoax, **ending the case in few minutes**.

27  **11-** Plaintiffs are claiming that "*Farag shares no question of law or fact in common*

28  *with the present litigation*", which is not true. They give the wrong analogy to the proven

3

1  fact of gravity. The correct analogy is when **Galileo** discovered that the earth was not the

2  center of the universe against the settled belief of millions. Galileo *said, "In questions of*

3  *science, the authority of a thousand is not worth the humble reasoning of a single individual"*.

4  **12-**   Plaintiffs claim that, *"Youth Plaintiffs are seeking a declaration about the*

5  *constitutionality of the EPA's discriminatory conduct toward them, Mr. Farag*

6  *does not assert any kind of legal claim or defense whatsoever"*. It is clear that

7  Farag is seeking an opposite declaration about the constitutionality of the EPA's

8  and Plaintiffs' **discriminatory** and **racist** conduct towards MBL.

9  **13-**   Plaintiffs claim that, *"Mr. Farag's Involvement as an Intervenor would Prejudice*

10  *Existing Parties"*. Farag's intervention is against the discriminatory and racist conduct

11  towards MBL done by the EPA and will be exacerbated by Plaintiffs actions.

12  **14-**   Plaintiffs' section III reflects their intentions, to suppress the proofs of their fraud,

13  by preventing Farag's intervention, and if allowed, prevent him from doing discovery to

14  show the truth, by claiming that, *"granting intervention risked expanding the scope of the*

15  *proceedings and delaying resolution of the case"*, which is not true. As stated above,

16  Farag's intervention would end this frivolous case immediately before costing money,

17  time, and resources. It will practically end the case in few minutes, by showing that it is

18  based on a Hoax. Farag asserts that Courts should be in favor of intervention:

19  　　　　*"A liberal policy in favor of intervention serves both **efficient resolution of issues***

20  　　　　*and **broadened access to the courts**. By allowing parties with a practical interest*

21  　　　　*in the outcome of a particular case **to intervene**, we **often prevent or simplify***

22  　　　　***future litigation** involving related issues; at the same time, we allow an additional*

23  　　　　*interested party to express its views before the court"*.[ United States v. City of

24  　　　　L.A., Cal., 288 F.3d 391, 397-98 (9th Cir. 2002)].

25  Additionally, *"permissive intervention is construed liberally in favor of the moving party"*

26  [City of L.A., 288 F.3d at 397–98]. Moreover, granting Farag's intervention will

27  eliminate the need to litigate the related issues in the future.

FARG'S REPLY TO OPPOSITIONS TO HIS INTERVENTION

**15-** Defendants oppose Farag's intervention claiming deficiencies in his motion, which could be easily fixed once the Court allows Farag to file electronically. Additionally, at the time of filing, Defendants didn't file their answer; Farag didn't get access to all the documents on file; his pleadings were *"**Preliminary Pleading To Accompany Farag's Motion To Intervene**"*; and asked the Court to *"Grant Farag a leave to amend or supplement his pleading when appropriate"*. The Clerk's notice of deficiencies stated that Farag is not required to act now and should wait for the Court's order. It was the right and just decision of the Court to save time and proceedings and acknowledge the motion, and set times for opposition, reply to the opposition, and the Court's decision.

**16-** The purpose of the pleadings that accompany a motion to intervene is to set out the defense sought, which was achieved and forged the parties' opposition to Farag's intervention, not to allow him to expose their wrong doings.

**17-** The EPA opposes Farag's intervention claiming that he didn't provide evidence of his damages, which he will do during the procedures. Additionally, Farag will ask the EPA (the government) to disclose the Hoax's **billions of dollars** the government collected from each category of population (especially the poor), gave to each category of population (especially the rich), and spent or wasted on other things.

**18-** For the foregoing reasons, Farag respectfully requests that this Honorable Court grant his motion to intervene as of right under Fed R. Civ. P. 24(a); and/or to be granted permissive intervention under Fed. R. Civ. P. 24(b); allow him access to the electronic filing system without additional application; and for other relief as proper.

Respectfully submitted this 20th day of February 2024,

TAREK FARAG
Proposed Intervener, pro se.
tarekfaragusa@hotmail.com

5

**CERTIFICATE OF SERVICE**

I certify that on February 20, 2024, I filed the foregoing pleadings of Tarek Farag, by first-class mail to the Court, relying on the Court's CM/ECF system to conveniently serve all the parties and by email to the attached list of recipients.

Respectfully submitted,

TAREK FARAG, pro se.
tarekfaragusa@hotmail.com

**List of recipients:**

ANDREW S. COGHLAN: andrew.coghlan@usdoj.gov
SEAN C. DUFFY: sean.c.duffy@usdoj.gov
JULIA A. OLSON: julia@ourchildrenstrust.org
ANDREA K. RODGERS: andrea@ourchildrenstrust.org
CATHERINE SMITH: csmith@law.du.edu
PHILIP L. GREGORY: pgregory@gregorylawgroup.com
PAUL L. HOFFMAN: hoffpaul@aol.com
JOHN WASHINGTON: jwashington@sshhzlaw.com
TODD KIM: not served by email for absence of his email.

**CERTIFICATE OF COMPLIANCE**

The undersigned, Tarek Farag, intervenor pro se, certifies that this document contains less than 1560 words, which complies with the word limit of L.R. 11-6.1.

DATED this 20th day of February 2024.

Signed: TAREK FARAG

**VERIFICATION BY CERTIFICATION**

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true and correct.

Signed: TAREK FARAG

Dated: February 20, 2024

FARG'S REPLY TO OPPOSITIONS TO HIS INTERVENTION

Sender: TAREK FARAG
411 N WARWICK AVE, WESTMONT, IL 60559

S SUBURBAN IL 600*

21 FEB 2024 PM 1 L

Case No. 2:23-CV-10345
Please file electronically, to be served.

CLERK OF THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

90012-456565



FEB 28 2024

RECEIVED
CLERK, U.S. DISTRICT COURT