TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
ANDREW S. COGHLAN
andrew.coghlan@usdoj.gov
Environmental Defense Section
SEAN C. DUFFY (NY Bar No. 4103131)
sean.c.duffy@usdoj.gov
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044
Ph: (202) 532-3252 (Coghlan)
Ph: (202) 305-0445 (Duffy)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GENESIS B., a minor, by and through her guardian, G.P., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | No. 2:23-cv-10345-MWF-AGR<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS**<br><br>[(Proposed) Order filed concurrently herewith]<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

1. Plaintiffs are 18 minors, by and through their guardians ("Plaintiffs"), who bring suit against defendants United States Environmental Protection Agency ("EPA"); Michael S. Regan, in his official capacity as EPA Administrator; the Office of Management and Budget ("OMB"); Shalanda D. Young, as OMB Director; and the United

1. States of America ("Defendants") (together, the "Parties") for violating Plaintiffs' Fifth Amendment rights to equal protection of the law and the Take Care Clause through their discounting policies and practices. Plaintiffs request declaratory and injunctive relief. *See* Dkt. 53.

2. On May 8, 2024, the Court issued an Order holding that Plaintiffs lacked standing and dismissing their original complaint for lack of subject-matter jurisdiction. Dkt. 50. In that order, the Court granted Plaintiffs leave to amend their complaint by May 20, and directed Defendants to respond to any amended complaint by June 10. *Id.* at 9.

3. On May 20, Plaintiffs filed the First Amended Complaint. Dkt. 53.

4. Defendants anticipate moving to dismiss the First Amended Complaint for lack of subject-matter jurisdiction and failure to state a claim.

5. To accommodate competing obligations of counsel and to provide for orderly briefing on Defendants' anticipated motion, the Parties hereby stipulate and request that the Court enter, the following briefing schedule and format:

   a. **July 22, 2024:** Defendants will file Motion to Dismiss.

   b. **August 12, 2024**: Plaintiffs will oppose Defendants' Motion to Dismiss (brief not to exceed 12,000 words).

   c. **August 29, 2024**: Defendants will file reply memoranda in support of Defendants' Motion to Dismiss.

   d. **September 9, 2024**: Hearing on Defendants' Motion to Dismiss.

6. The Parties respectfully submit that good cause exists for granting this stipulation. In addition to competing briefing deadlines in other cases, counsel have the following personal and professional conflicts in the coming months:

   a. Mr. Duffy, counsel for Defendants, has a trial scheduled for June 19, 2024, and will be out of the country between August 3 and August 18, 2024.

   b. Mr. Coghlan, counsel for Defendants, will be out of the country between June 26, and July 10, 2024.

   c. The scheduling conflicts for counsel for Plaintiffs as to requesting an

additional week for opposition briefing are due to counsel having pre-existing vacation plans from July 22 until August 4, 2024.

IT IS SO STIPULATED.

Dated:  May 28, 2024        Respectfully submitted,

*/s/ Philip L. Gregory*
PHILIP L. GREGORY

*Attorneys for Plaintiffs*

Dated:  May 28, 2024        TODD KIM
Assistant Attorney General
United States Deparment of Justice
Environment and Natural Resources Division

*/s/ Sean C. Duffy*
ANDREW S. COGHLAN
Trial Attorney
Environmental Defense Section
SEAN C. DUFFY[1]
Trial Attorney

*Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.