JULIA A. OLSON (CA Bar 192642)
julia@ourchildrenstrust.org
ANDREA K. RODGERS (applicant *pro hac vice*)
andrea@ourchildrenstrust.org
CATHERINE SMITH, Of Counsel (applicant *pro hac vice*)
csmith@law.du.edu
**OUR CHILDREN'S TRUST**
1216 Lincoln St.
Eugene, OR 97401
Tel: (415) 786-4825

*Attorneys for Plaintiffs*
*(Additional Counsel Listed on Next Page)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENESIS B.**, a minor, by and through her Guardian, G.P.; et al.<br><br>**Plaintiffs,**<br><br>vs.<br><br>The **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**; et al.<br><br>**Defendants.** | Case No.: 2:23-CV-10345-MWF AGRx<br><br>**PROOF OF SERVICE ON DEFENDANTS OFFICE OF MANAGEMENT AND BUDGET AND SHALANDA YOUNG IN HER OFFICIAL CAPACITY** |

**PROOF OF SERVICE**

| | |
|---|---|
| 1 | PHILIP L. GREGORY (CA Bar 95217) |
| 2 | pgregory@gregorylawgroup.com |
| | **GREGORY LAW GROUP** |
| 3 | 1250 Godetia Drive |
| 4 | Redwood City, CA 94062 |
| | Tel: (650) 278-2957 |
| 5 | |
| 6 | PAUL L. HOFFMAN (CA Bar 71244) |
| | hoffpaul@aol.com |
| 7 | **UNIVERSITY OF CALIFORNIA AT IRVINE** |
| 8 | **SCHOOL OF LAW** |
| | **Civil Rights Litigation Clinic** |
| 9 | 401 E. Peltason Drive, Suite 1000 |
| 10 | Irvine, CA 92697 |
| | Tel: (310) 717-7373 |
| 11 | |
| 12 | JOHN WASHINGTON (CA Bar 315991) |
| | jwashington@sshhzlaw.com |
| 13 | **SCHONBRUN SEPLOW HARRIS** |
| 14 | **HOFFMAN & ZELDES LLP** |
| | 200 Pier Avenue #226 |
| 15 | Hermosa Beach, CA 90254 |
| 16 | Tel: (424) 424-0166 |

**PROOF OF SERVICE**

# PROOF OF SERVICE

1. I am a citizen of the United States, over 18 years of age, and not a party to this action. My business address is 1216 Lincoln St., Eugene, Oregon 97401.

2. On May 21, 2024, I caused copies of the following documents on each of the Defendants listed below and the U.S. Attorney General at the addresses listed below to be served **via certified mail return receipt requested**: Summons and First Amended Complaint.

>   **Office of Management and Budget**
>   **725 17th St., N.W.**
>   **Washington, DC 20503**
>
>   **Shalanda D. Young, Director**
>   **Office of Management and Budget**
>   **725 17th St., N.W.**
>   **Washington, DC 20503**
>
>   **Merrick B. Garland, Attorney General of the United States**
>   **U.S. Department of Justice**
>   **950 Pennsylvania Avenue, N.W.**
>   **Washington, DC 20530**

3. On June 3, 2024, I caused copies of the following documents on the U.S. Attorney to be served at the address listed below **via certified mail return receipt requested**: Summons and First Amended Complaint.

>   **Civil Process Clerk**
>   **Office of the United States Attorney**
>   **Room 7516, Federal Building**
>   **300 North Los Angeles Street**
>   **Los Angeles, CA 90012**

1
**PROOF OF SERVICE**

I hereby certify under the penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of June, 2024.

                                        */s/ Susan Carey*
Susan Carey
Executive Assistant/Litigation Paralegal
OUR CHILDREN'S TRUST
1216 Lincoln St.
Eugene, OR 97401

2
**PROOF OF SERVICE**