# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

G. B., et al.

Plaintiff(s),

v.

THE UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.

Defendant(s).

CASE NUMBER:

2:23−cv−10345−MWF−AGR

**NOTICE TO FILER OF DEFICIENCIES IN
FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___6/23/2024___

Document No.:  ___60___

Title of Document:  ___Proof of Service___

**ERROR(S) WITH DOCUMENT:**

Service was made on May 21, 2024 however docket text reflects service date of June 10, 2024.

Other:

Clerk has updated answer due date: 7/20/2024.

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the
document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in
response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _June 24, 2024_

By: _/s/ Ingrid Valdes_ingrid_valdes@cacd.uscourts.gov_
   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS